# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 18, 2007

No. 06-20828

Charles R. Fulbruge III
Clerk

Carolyn Teltschik

Plaintiff-Appellant

v.

JP Morgan Chase & Co.; Chase Bank USA NA;
JP Morgan Chase Bank NA

Defendants-Appellees

---

Appeal from the United States District Court
for the Southern District of Texas - Houston Division
USDC No. 4:06-CV-02190

---

Before JONES, Chief Judge, and DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

Carolyn Teltschik appeals the district court's judgment dismissing her action against JP Morgan Chase & Co., Chase Bank USA NA, and JP Morgan Chase Bank NA, and its order refusing to remand the case to state court. We have carefully reviewed the briefs and pertinent portions of the record. There is no reversible error of law or fact. For the reasons stated by the district court

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in its Memorandum Opinion and Order of September 12, 2006, and in its Order entered August 15, 2006, we affirm the district court's final judgment.

AFFIRMED.